IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WHITNEY CHESSARECK, TRACY HASSEBROCK, and MIKE BIRKEL, | ) ) ) ) | 8:16CV86 |
| Plaintiffs, | ) ) | ORDER |
| v. | ) ) ) | |
| CARGILL CROP INSURANCE, LLC, a Delaware Corporation, and SILVEUS INSURANCE GROUP, INC., an Indiana Corporation, | ) ) ) ) ) | |
| Defendants. | ) | |

IT IS ORDERED that Defendants' unopposed motion for extension of time (Filing No. 24) is granted, as follows:

Defendants shall have until August 4, 2016, to respond to Plaintiffs' motion for summary judgment (Filing No. 20).

DATED this 25th day of July, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge