IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WHITNEY CHESSARECK, TRACY HASSEBROCK, and MIKE BIRKEL, | ) ) ) | 8:16CV86 |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | JUDGMENT |
| CARGILL CROP INSURANCE, LLC, a Delaware Corporation, and SILVEUS INSURANCE GROUP, INC., an Indiana Corporation, | ) ) ) ) ) | |
| Defendants. | ) ) | |

Pursuant to the parties' Joint Stipulation (Filing No. 37) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action, including all claims and counterclaims, is dismissed with prejudice, with all parties to pay their own costs.

DATED this 24th day of October, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge